

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable A. F. Prestwood
County Auditor
Smith County
Tyler, Texas

Dear Sir:                           Attention:  Mr. B. T. Walters

Opinion No. O-1914
Re:  Does the Commissioners'
Court of Smith County
have the authority to
order payment of bills
for stationery and office
supplies for the district
court reporters listed?

        Your request for an opinion on the above
stated question has been received by this department.

        We quote from your letter as follows:

        "Please advise if the Commissioners'
Court of Smith County has the authority
to order payment of bills for stationery
and office supplies for the District Court
reporters of the Special Judicial District
of Smith County and the Seventh Judicial
District comprised of Smith, Wood and
Upshur Counties.  If so, to what extent
and from what fund should payment be made?"

        Title 42, Chapter 13, Vernon's Annotated Civil
Statutes, beginning with Article 2321, and ending with
and including Article 2327b, provides for the examination,

Honorable A. F. Frestwood, page 2

appointment, fees, salaries, expenses and manner of
payment of official court reporters for district and
criminal district courts of this State. These statutes
also provide that such official reporter shall take
and subscribe to the official oath, and in addition
thereto shall subscribe to an oath to be administered
to him by the district clerk to the effect that he
will well and truly, and in an impartial manner, keep
a correct record of all the evidence offered in each
case reported by him, together with the objections and
exceptions made by the parties to such suit, and the
rulings and remarks of the court passing upon the ad-
missibility of testimony. Said statutes further set
out in detail the duties of such reporters, and provide
that when either party to a civil case pending in the
county court or a county court at law, applies therefor,
the judge thereof shall appoint a competent stenographer,
etc.

Article 2326a, Vernon's Annotated Civil
Statutes, provides, in addition to the compensation pro-
vided by law for the services of official court report-
ers, that said official court reporters shall be allowed
their actual and necessary expenses while actually en-
gaged in the discharge of such duties not to exceed
four dollars per day for hotel bills, not to exceed
four cents a mile when traveling by railroad or by
bus, not to exceed ten cents a mile when traveling
by private conveyance, in going to and returning from
the place where such duties are discharged, traveling
the shortest practical route. This statute further
sets out in detail the manner by which such expenses
shall be paid and from what funds, upon the sworn
statement of the reporter, approved by the judge.

None of the above mentioned statutes provide
for the expenses for stationery and office supplies
for such reporters.

In numerous cases which we do not deem nec-
essary to cite, the courts have held that the commis-
sioners' courts are courts of limited jurisdiction, and
that their authority extends only to matters pertain-
ing to the general welfare of their respective counties,

Honorable A. H. Crestwood, page 3

and that their powers are only those expressly or impliedly conferred upon them by law; that is, by the Constitution and statutes of the State.

After a careful search of the statutes and other authorities, we find no statute or other authority that authorizes the commissioners' court to pay for stationery and office supplies for district court reporters. Therefore, your question is answered in the negative.

Trusting that the foregoing fully answers your inquiry, we remain,

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Ardell Williams*

Ardell Williams
Assistant

AW:LV

APPROVED FEB 6, 1940

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

